UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

PUERTO RICO TOURISM COMPANY,

    Plaintiff,

v.

PRICELINE.COM INCORPORATED, et al.,

    Defendants.

Civil No. 3:14-cv-01318 (JAF)

## **O R D E R**

The Motion Requesting Order to Require Defendants to make Witnesses Available for Examination at Trial and to Respond Regarding Plaintiff's Ability to Contact Former Employees, filed by the Plaintiff on August 15, 2015, (ECF No. 145), is GRANTED IN PART.

The Company has provided the OTCs with a list of its potential witnesses. The OTCs must respond as to which of those identified witnesses are currently employed by defendants, and for those no longer employed, defendants must provide the last known contact information. The court notes that the Company has identified no fewer than eighty-one potential witnesses. Though it will be the responsibility of the OTCs to produce for trial any identified witness under their control, the Company is warned that absent some extreme necessity, it will be required to further pare down its witness list.

The court will further address this matter during the Pretrial Conference. The parties shall be prepared to discuss in the interest of efficiency which of the witnesses are

1. essential for live testimony, which witnesses' testimony may be presented via deposition,

2. and which witnesses' testimony is no longer necessary.

3. **IT IS SO ORDERED.**

4. San Juan, Puerto Rico, this 26th day of August, 2015.

5.                                           <u>S/José Antonio Fusté</u>
6.                                           JOSE ANTONIO FUSTE
7.                                           U. S. DISTRICT JUDGE